# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Elisabeth A. Shumaker**
Clerk of Court

**Douglas E. Cressler**
Chief Deputy Clerk

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 17 2007**

GREGORY C. LANGHAM
CLERK

May 17, 2007

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

Mr. Peter R. Maier
United States Department of Justice
Civil Division - Appellate Staff
Room 3127
601 D St., N.W.
Washington, DC 20530-0001

Mr. Frank W. Hunger
Asst. Atty. General
United States Department of Justice
Civil Division - Appellate Staff
601 D St., N.W.
Washington, DC 20530-0001

Ms. Kathleen M. Tafoya
Ms. Linda A. McMahan
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

Ms. Rachel A. Bellis
Mr. Lee D. Forman
Haddon, Morgan, Mueller, Jordan, Mackey & Foreman
150 E. 10th Ave.
Denver, CO 80203

Re:  98-1283, USA v. Rockwell Int'l
     Dist/Ag docket:  92-CR-107-M

Dear Clerk and Counsel:

The court filed an order today dismissing this case. A copy of the order is enclosed for all parties.

Also enclosed for the district court clerk or for the named agency, is a certified copy of the dismissal order which is issued as the mandate of the court. Please file it in the records of the

district court or agency.

    Please contact this office if you have questions.

                                Sincerely,

                                Elisabeth A. Shumaker
                                Clerk, Court of Appeals

                        By:
                                Deputy Clerk

clk:sts

# UNITED STATES COURT OF APPEALS

## TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ROCKWELL INTERNATIONAL CORPORATION, <br><br> Defendant - Appellant. | No. 98-1283 <br> (D.C. No. 92-CR-107-M) <br> (D. Colo.) |

ORDER

filed May 17, 2007

*A true copy*
*Teste*
*Elisabeth A. Shumaker*
*Clerk, U.S. Court of Appeals, Tenth Circuit*
*By _____ Deputy Clerk*

Before **LUCERO**, **BALDOCK**, and **EBEL**, Circuit Judges.

This appeal has been held in abeyance since September 1999 pending resolution of the matter of United States of America ex rel. Stone v. Rockwell International Corporation, Nos. 99-1351, 99-1352, 99-1353. The Supreme Court has now resolved that matter. See Rockwell Int'l Corp. v. United States, 127 S. Ct. 1397 (2007). In light of that decision, the parties agree that this appeal is now moot. Appellant, therefore, requests that we dismiss its appeal. We do so. Pursuant to Appellant's request, we further vacate the district court's order dated July 20, 1998, denying Rockwell's motion to enforce the plea agreement, and remand this cause with instructions to the district court to dismiss Rockwell's

motion to enforce the plea agreement at issue here without prejudice. See United States v. Munsingwear, Inc., 340 U.S. 36, 39 (1950); see also United States v. Mora, 135 F.3d 1351, 1358 & n.4 (10th Cir. 1998) (applying Munsingwear in a criminal case).

          ENTERED FOR THE COURT
          ELISABETH A. SHUMAKER,
          Clerk of the Court

          By: _____
          Deputy Clerk